

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-17-00035-CV |
| State, | § | Appeal from the |
| v. | § | 243rd District Court |
| ERLINDA LUJAN, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20160D05527) |
| | § | |

## **O R D E R**

The Court has this day considered the State's motion for stay of trial court proceedings pursuant to Tex. Crim. Proc. Code Art. 44.01(e), and concludes the motion should be GRANTED. Therefore, the 243rd District Court is directed to stay all proceedings in cause number 20160D05527, styled *Erlinda Lujan v. The State of Texas*, pending disposition of this appeal or further order of this Court.

IT IS SO ORDERED this 10th day of February, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.